E-filing                    FILED

                            DEC    4 2006

                        RICHARD W. WIEKING
                        CLERK, U.S. DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR-06-00544-MHP |
| v. | ) |
| DEANTE BROUSSARD, | ) ORDER EXCLUDING TIME |
| Defendant. | ) |

This matter before the Court on October 30, 2006, for status and setting of further proceedings.  The parties jointly agreed to exclude time between the date of the status conference until the next appearance on December 4, 2006, in the interests of justice considering the need for defense counsel to evaluate additional discovery provided by the Probation Office pursuant to the authorization and order of the Court, and the need for defense counsel to conduct additional investigation relevant to the offenses charged in the Indictment *and the need to evaluate a plea agreement.*

The Court accepts the stipulation of the parties, and finds that exclusion of time under the Speedy Trial Act between the dates of October 30, 2006 and December *18*, 2006,

//
//
//
//

1    to be in the interests of justice, given the need for further investigation and analysis of

2    discovery by defense counsel, all of which is necessary for effective representation.

3         IT IS SO ORDERED.

4

5    Dated: Dec. 4, 2006

6                                         MARILYN HALL PATEL
                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28