|1
|2
|3
|4
|5

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

**United States of America,**     )    0544
                                  )    **CR06-0054 MHP**
          **Plaintiff,**           )
                                  )**ORDER GRANTING DEFENDANT**
**vs.**                            )**TELEPHONE CALLS AT COUNTY EXPENSE**
                                  )
**Deante Broussard,**              )
                                  )
          **Defendant.**           )

Upon application of defendant, **DEANTE BROUSSARD,** and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the court authorizes the defendant DEANTE BROUSSARD, currently housed in North County Jail in Oakland, California, to place two telephone calls per week between the hours of 3 p.m. and 6 p.m. to his attorney SETH P. CHAZIN, at the county's expense. The staff at North County Jail is ordered to comply with this order despite these hours coinciding with scheduled meal times.

**DATED:** Jan. 9, 2007

**THE HONORABLE MARILYN HALL PATEL**
**UNITED STATES DISTRICT COURT JUDGE**