FILED

MAR 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 06-00544-1 MHP
)
Deante Broussard )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____March 16, 2007____ be continued until ____May 18, 2007____ at ____9:30 a.m.____ .

Date: 3/16/07

Marilyn Hall Patel
United States District Judge

NDC-PSR-009 12/06/04