COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
225 Bush Street, Suite 1600
San Francisco, CA 94104
Direct: 415.439.8347
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
DEANTE BROUSSARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DEANTE BROUSSARD<br><br>　　　Defendant. | Case No.  06-0544 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE BRIEFING SCHEDULE<br>AND HEARING<br><br><br><br>Before the Honorable Marilyn H. Patel<br>United States District Judge |

　　　WHEREAS, on February 14, 2008, the Court sentenced defendant Deante Broussard for violating the terms of supervised release imposed pursuant to his convictions for violating 18 U.S.C. § 401(3) and 18 U.S.C. § 111(a)(1);

　　　WHEREAS, the Court sentenced Mr. Broussard to serve on each count two years in custody to be followed by three years of supervised release, to run concurrently with each other;

　　　WHEREAS, on April 14, 2009, the United States Court of Appeals for the Ninth Circuit affirmed the custodial sentence imposed by the Court;

　　　WHEREAS, in that same memorandum, the Ninth Circuit vacated the term of supervised release imposed and remanded the matter for a determination of the proper term of supervised release to be imposed upon Mr. Broussard's release from custody; and

WHEREAS, the parties have conferred and propose to present the issues to be determined and heard upon remand on the following schedule: Opening Briefs (by each party) to be filed on or before May 26, 2009; Responsive Briefs (by each party) to be filed on or before June 8, 2009; and Hearing on remand to be set on the Court's June 29, 2009 calendar at 10:00 a.m. or as soon thereafter as the parties may be heard.

IT IS HEREBY STIPULATED AND AGREED that the parties ask the Court to adopt and Order the briefing and hearing schedule as set forth above.

Respectfully submitted,

| COLEMAN & BALOGH LLP | JOSEPH P. RUSSONIELLO |
|---|---|
| */s/ E A Balogh*<br>By: ETHAN A. BALOGH<br>Attorneys for Defendant<br>DEANTE BROUSSARD | */s/ Owen Martikan*<br>By: OWEN MARTIKAN<br>Attorneys for the United States |

### CERTIFICATION

By signing this pleading on behalf of additional party as set forth above, counsel attests that he has been authorized to do so by the counsel-of-record for the United States.

### [PROPOSED] ORDER

Based on the foregoing and for good cause shown, the parties' stipulated briefing schedule is adopted by the Court and the parties shall brief the issues on remand as set forth above. Further, the Court hereby Orders that this matter shall come on for hearing before this Court on June 29, 2009 at 10:00 a.m.

IT IS ORDERED.

DATED:  5/11/2009

_____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED
Judge Marilyn H. Patel*